# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Presley Hodge,<br><br>    Petitioner,<br><br>v.<br><br>United States of America,<br><br>    Respondent. | No. CV-16-03229-PHX-GMS<br><br>CR-07-00262-001-PHX-GMS<br><br>**ORDER** |

    Pending before the court is the Report and Recommendation ("R&R") of Magistrate Judge Deborah M. Fine (Doc. 52) regarding the August 19, 2022, the Ninth Circuit Court of Appeals mandate vacating the District Court's February 12, 2019, Order (Doc. 40) and Judgment (Doc. 41) denying Movant-Defendant Jimmy Presley Hodge's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in CV-16-03229-PHX-GMS (DMF) (Doc. 15) and remanding for further proceedings in light of *United States v. Taylor*, 142 S. Ct. 2015, 2025-26 (2022).

    Because it appeared that the parties might be in agreement regarding the disposition of these § 2255 proceedings, on August 24, 2022, the parties were ordered to file with this Court a joint proposed briefing schedule or, if appropriate, a stipulation for entry of a proposed order resolving these § 2255 proceedings. (Doc. 47) The parties timely filed a stipulation (Doc. 48), but did not file a proposed order. The parties were thereafter ordered to file an agreed upon order or proposed separate orders for disposition and entry of

judgment regarding these 28 U.S.C. § 2255 proceedings. (Doc. 49) An agreed upon proposed order was timely filed. (Doc. 51).

The parties have reached a stipulation for resolution of these proceedings (Docs. 48, 51).

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc.52) is accepted.

**IT IS FURTHER ORDERED** that Movant-Defendant Jimmy Presley Hodge's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in CV-16-03229-PHX-GMS (DMF) (Doc. 15) be granted as set forth in the parties' Stipulation (Doc. 48) and as set forth below.

**IT IS FURTHER ORDERED** that Movant-Defendant's § 924(c) conviction for Count 2 in CR-07-00262-001-PHX-GMS be vacated.

**IT IS FURTHER ORDERED** that this matter will be set for resentencing on Count 1 in CR-07-00262-001-PHX-GMS.

**IT IS FURTHER ORDERED** that the U.S. Probation Office will be directed to prepare a new presentence report for the resentencing on Count 1 in CR-07-00262-001-PHX-GMS.

**IT IS FURTHER ORDERED** that the Court's Order regarding Movant-Defendant Jimmy Presley Hodge's Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 in CV-16-03229-PHX-GMS (DMF) (Doc. 15) be filed in CV-16-03229-PHX-GMS and in CR-07-00262-001-PHX-GMS.

**IT IS FURTHER ORDERED** the Clerk shall enter judgment accordingly.

Dated this 26th day of September, 2022.

_____
G. Murray Snow
Chief United States District Judge